UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MARK GORE, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:17-cv-1082 |
|  | ) | **CHIEF JUDGE CRENSHAW** |
| CORE CIVIC, INC., et al., | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that the Court grant Defendants' Motion for Summary Judgment (Doc. No. 70) and dismiss the action with prejudice. (Doc. No. 88.) No objections have been filed to the Magistrate Judge's Report and Recommendation. After a de novo review of the record, the Court agrees that the Defendant's Motion for Summary Judgment should be granted and the action dismissed with prejudice, and therefore the Report and Recommendation (Doc. No. 88) is **ADOPTED**.

Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 70) is **GRANTED**. The instant action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE